RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/17/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY LEE MARTIN,<br>  Petitioner | CIVIL ACTION SECTION "P"<br>1:11-CV-00222 |
| VERSUS | JUDGE DEE D. DRELL |
| W.A. SHERROD,<br>  Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Martin's habeas petition is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 16TH day of August, 2011.

               DEE D. DRELL
               UNITED STATES DISTRICT JUDGE